AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ikuta, Sandra S. | Ninth Circuit | 07/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Court of Appeals - Ninth
125 South Grand Avenue
Pasadena, California 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee #1 | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | O'Melveny & Myers Defined Benefit Plan with former law firm, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 03/03/2012-03/04/2012 | Stanford, California | Speaker | Transportation food, and hotel |
| 2. | University of Chicago Law School | 04/29/2012-05/01/2012 | Chicago, IL | Speaker, Judge of Moot Court | Transportation, food and hotel |
| 3. | George Mason School of Law | 10/06/2012-10/10/2012 | Arlington, VA | Educational program | Transportation, food and hotel |
| 4. | Federal Bar Association Hawaii Chapter | 12/12/2012-12/14/2012 | Honolulu, Hawaii | Speaker | Transportation, food and hotel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Agoura, California | M |
| 2. | Citimortgage | Mortgage on rental property, West Los Angeles, California | M |
| 3. | Union Bank | Mortgage on rental property, West Los Angeles, California | M |
| 4. | Union Bank | Mortgage on rental property, Santa Monica, California | O |
| 5. | City National Bank | Mortgage on rental property, Los Angeles, California | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Direct Accounts (cash equivalent) (Y) | | | | | | | | | |
| 2. Bank of America | A | Interest | | | Closed | 04/17/12 | J | A | |
| 3. Trust 1 | G | Rent | P1 | W | | | | | |
| 4. -Rental Property, Agoura, California | | | | | | | | | |
| 5. -50% interest in rental property, Venice, California | | | | | | | | | |
| 6. -50% interest in rental property, W. Los Angeles, California | | | | | | | | | |
| 7. -33% interest in rental property, Santa Monica, California | | | | | | | | | |
| 8. -Rental property, Los Angeles, California | | | | | | | | | |
| 9. IRA#2 | D | Dividend | O | T | | | | | |
| 10. -CNI Money Market | | | | | | | | | |
| 11. -CNI Charter Corporate bond Servicing | | | | | Buy | 02/16/12 | J | | |
| 12. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 13. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 14. -CNI Charter Govt Bond Fund | | | | | Buy | 02/16/12 | J | | |
| 15. | | | | | Buy (add'l) | 9/06/12 | J | | |
| 16. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 17. | | | | | Buy (add'l) | 12/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/14/12 | K | | |
| 19. -CNI Charter High Yield Bond Fund | | | | | Buy | 02/15/12 | J | | |
| 20. | | | | | Sold (part) | 12/14/12 | J | | |
| 21. -Doubleine Total Return Bond Fund | | | | | Buy | 03/14/12 | K | | |
| 22. -Eaton Vamce Floating Rate Bond Fund Cl I | | | | | Buy | 12/14/12 | J | | |
| 23. -Ivy High Income Fund Cl1 | | | | | Buy | 09/06/12 | K | | |
| 24. | | | | | Sold (part) | 12/14/12 | J | | |
| 25. -Principal Preferred Securites Fund INSTL | | | | | Buy | 07/19/12 | K | | |
| 26. -CNI Charter US Core Equity Ser | | | | | Buy | 12/19/12 | K | | |
| 27. -ING Global Real Estate Fund | | | | | Buy | 03/14/12 | J | | |
| 28. -Oppeheimer Dev Markets Cl 1 | | | | | Buy | 09/06/12 | J | | |
| 29. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 30. -PIMCO Commodity Real Return Strategy | | | | | Buy | 03/14/12 | J | | |
| 31. -Touchstone Small Cap Core Fund Y | | | | | Buy | 02/16/12 | J | | |
| 32. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 33. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 34. | | | | | Sold (part) | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Ishares Gold Trust Shs Bene Int | | | | | Buy | 03/16/12 | J | | |
| 36. -Ishares S&P US Preferred Stock Index Fund | | | | | Buy | 05/21/12 | K | | |
| 37. | | | | | Sold (part) | 06/26/12 | J | | |
| 38. | | | | | Sold (part) | 07/23/12 | J | | |
| 39. -SPDR S&P Divided ETF | | | | | Buy | 05/21/12 | J | | |
| 40. | | | | | Buy (add'l) | 12/06/12 | K | | |
| 41. | | | | | Sold (part) | 12/21/12 | J | | |
| 42. -Vanguard MSCI EAFE ETF | | | | | Buy | 12/18/12 | J | | |
| 43. -CNI Charter Lg Cap Val Eqty-Inst | | | | | Sold (part) | 02/16/12 | J | | |
| 44. | | | | | Sold (part) | 03/14/12 | J | | |
| 45. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 46. | | | | | Sold (part) | 12/04/12 | J | | |
| 47. | | | | | Sold | 12/31/12 | J | | |
| 48. -CNI Charter Lge Cap Grwth-Inst | | | | | Sold (part) | 02/16/12 | J | | |
| 49. | | | | | Sold (part) | 03/14/12 | J | | |
| 50. | | | | | Sold (part) | 05/17/12 | J | | |
| 51. | | | | | Sold (part) | 12/07/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/31/12 | J | | |
| 53. -CNI Charter Corp Bond Fd-Instl | | | | | Sold (part) | 03/14/12 | J | | |
| 54. | | | | | Sold | 12/18/12 | L | | |
| 55. -CNI Charter Govt Bd Fd-Instl Cl | | | | | Sold | 03/14/12 | K | | |
| 56. | | | | | Buy | 09/06/12 | J | | |
| 57. -CNI Charter High Yld Bd FD-Instl | | | | | Buy (add'l) | 02/15/12 | J | | |
| 58. | | | | | Sold | 12/14/12 | J | | |
| 59. -Dodge&Cox Intl Stk Fd | | | | | Sold | 02/16/12 | J | | |
| 60. -Eaton Vance Strct Em Mkt | | | | | Buy (add'l) | 07/19/12 | J | | |
| 61. | | | | | Sold (part) | 02/16/12 | J | | |
| 62. | | | | | Sold (part) | 03/14/12 | J | | |
| 63. | | | | | Sold | 09/06/12 | J | | |
| 64. -Royce Pen Mut Fd Invest Cl | | | | | Sold (part) | 02/16/12 | J | | |
| 65. | | | | | Sold | 07/19/12 | J | | |
| 66. -Tweedy Browne Global Value FD | | | | | Buy | 02/16/12 | J | | |
| 67. | | | | | Sold | 05/17/12 | J | | |
| 68. -First Eagle Overseas Fd Cl1 | | | | | Buy | 02/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/17/12 | J | | |
| 70. -Pimco Emerging Local Bond | | | | | Buy | 03/14/12 | J | | |
| 71. | | | | | Sold (part) | 05/17/12 | J | | |
| 72. | | | | | Sold | 06/22/12 | J | | |
| 73. -Pimco Emerging Mtks Bd INSTL | | | | | Buy | 03/14/12 | J | | |
| 74. | | | | | Sold | 07/19/12 | J | | |
| 75. -Vanguard Hi Yld Corp | | | | | Buy | 03/14/12 | J | | |
| 76. | | | | | Sold | 09/06/12 | J | | |
| 77. Brokerage Account #1 | | | | | | | | | |
| 78. -500 Index Fund Inv | B | Dividend | K | T | | | | | |
| 79. -Small-Cap Index Fund Inv | A | Dividend | L | T | | | | | |
| 80. American Funds VCSP/College America 529A | B | Dividend | L | T | | | | | |
| 81. -Growth Fund of America | | | | | | | | | |
| 82. -The Investment Company of America | | | | | | | | | |
| 83. -Washington Mutual Investors Fund | | | | | | | | | |
| 84. -The Bond Fund of America | | | | | | | | | |
| 85. Brokerage Account #2 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -CNI Money Market Account | A | Interest | J | T | | | | | |
| 87.  -CNI Charter Lg Cap Val Eqty-Inst | A | Dividend | | | Buy | 09/06/12 | J | | |
| 88. | | | | | Sold (part) | 03/14/12 | J | B | |
| 89. | | | | | Sold (part) | 05/17/12 | J | A | |
| 90. | | | | | Sold (part) | 11/23/12 | J | A | |
| 91. | | | | | Sold (part) | 12/04/12 | J | A | |
| 92. | | | | | Sold | 12/31/12 | J | A | |
| 93.  -CNI Charter Lge Cap Gwth-Instl | A | Dividend | | | Sold (part) | 03/14/12 | J | A | |
| 94. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 95. | | | | | Sold (part) | 11/23/12 | J | C | |
| 96. | | | | | Sold (part) | 11/23/12 | J | A | |
| 97. | | | | | Sold (part) | 12/04/12 | K | | |
| 98. | | | | | Sold | 12/31/12 | J | A | |
| 99.  -CNI Charter US Core Equity Ser | A | Dividend | K | T | Buy | 12/06/12 | K | | |
| 100.  -CNI Charter Cal Tx Exmpt Insti | D | Dividend | N | T | Buy (add'l) | 02/16/12 | J | | |
| 101. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 102. | | | | | Sold (part) | 03/14/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/18/12 | J | B | |
| 104. | | | | | Sold (part) | 12/18/12 | J | A | |
| 105. -Dodge&Cox Intl Stock FD | A | Dividend | | | Sold | 02/16/12 | J | A | |
| 106. -Eaton Vance Strct Em Mrkt | A | Dividend | | | Sold (part) | 03/14/12 | J | A | |
| 107. | | | | | Sold | 09/06/12 | J | A | |
| 108. -Royce Pen Mut FD Invest CL | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 109. | | | | | Sold | 06/12/12 | J | A | |
| 110. -CNI Charter High Yld Bd Fd Inst | B | Dividend | K | T | Buy (add'l) | 03/14/12 | J | | |
| 111. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 112. | | | | | Sold (part) | 07/19/12 | J | A | |
| 113. | | | | | Sold (part) | 12/06/12 | J | A | |
| 114. -Doubleline Total return bond | B | Dividend | K | T | Buy | 03/14/12 | K | | |
| 115. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 116. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 117. | | | | | Sold (part) | 05/17/12 | J | A | |
| 118. | | | | | Sold (part) | 07/19/12 | J | A | |
| 119. -First Eagle Overseas FD CL1 | A | Dividend | | | Buy | 02/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 05/17/12 | J | | |
| 121. -Tweedy Browne Global Value FD#001 | A | Dividend | | | Buy | 02/16/12 | J | | |
| 122. | | | | | Buy (add'l) | 03/14/12 | J | | |
| 123. | | | | | Sold | 05/17/12 | J | | |
| 124. -SPDR S&P Dividend ETF | A | Dividend | J | T | Buy | 05/21/12 | K | | |
| 125. | | | | | Sold (part) | 06/26/12 | J | A | |
| 126. -Pimco Emerging Mkts Bd Instl 137 | A | Dividend | | | Buy | 03/14/12 | J | | |
| 127. | | | | | Sold | 07/19/12 | J | A | |
| 128. -Pimco Emerging Local Bonds | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 129. | | | | | Sold (part) | 09/06/12 | J | | |
| 130. -Vanguard Hi Yld Corp FD Admiral 529 | A | Dividend | J | T | Buy | 03/14/12 | K | | |
| 131. | | | | | Sold (part) | 09/06/12 | J | A | |
| 132. -Ivy High Income Fund Class I | B | Dividend | K | T | Buy | 09/06/12 | K | | |
| 133. | | | | | Sold (part) | 12/06/12 | J | A | |
| 134. | | | | | Sold (part) | 12/17/12 | J | A | |
| 135. | | | | | Sold (part) | 12/17/12 | J | B | |
| 136. -Touchstone small cap core fund Y | A | Dividend | J | T | Buy | 05/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 138. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 139. | | | | | Sold (part) | 12/06/12 | J | A | |
| 140. | | | | | Sold (part) | 12/07/12 | J | A | |
| 141. | | | | | Sold (part) | 12/07/12 | J | A | |
| 142. -Pimco Commodity RR Strategy-Instl#45 | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 143. | | | | | Sold (part) | 12/13/12 | J | A | |
| 144. -Principal Preferred Securities INSTL | B | Dividend | K | T | Buy | 07/19/12 | J | | |
| 145. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 146. | | | | | Sold (part) | 12/13/12 | J | A | |
| 147. | | | | | Sold (part) | 12/27/12 | J | A | |
| 148. -ING Global Real Estate Fund I | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 149. -Ishares Gold Trust | A | Dividend | J | T | Buy | 03/16/12 | J | | |
| 150. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 151. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 152. -Oppenheimer Developing Mkt Cl1 | A | Dividend | J | T | Buy | 09/06/12 | J | | |
| 153. -Eaton Vance Floating Rate Cl 1 | A | Dividend | J | T | Buy | 12/06/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard MSCI EAFE ETF | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 155. Flexible Variable Universal Life Ins Incentive Life | A | Dividend | | | | | | | |
| 156. -Eq/ Common Stock Index | | | | | Sold | 08/15/12 | K | A | |
| 157. -EQ/Large Cap Value Plus | | | | | Sold | 08/15/12 | K | A | |
| 158. -Eq/Equity 500 Index | | | | | Sold | 08/15/12 | K | A | |
| 159. -EQ Mid Cap Value PLUS | | | | | Sold | 08/15/12 | J | A | |
| 160. -Eq/BlackRock Bsic Value Equity | | | | | Sold | 08/15/12 | K | A | |
| 161. -Eq/Black Rock International Value | | | | | Sold | 08/15/12 | J | A | |
| 162. -EQ/Large Cap Growth Plus | | | | | Sold | 08/15/12 | J | A | |
| 163. Series EE U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 164. City National Bank Preferred Ladder Money Market | A | Interest | L | T | Open | 01/01/12 | L | | |
| 165. ING Flexible Premium Adjustable Universal Life Insurance | | None | L | T | Buy | 09/05/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ikuta, Sandra S. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Linex 2 &3: I have reported a value code for the entire mortgage amount, although I have only a 50% ownership interest.

Part VI, Line 4: I have reported a value code for the entire mortgage amount, although I have only a 33% ownership interest

Part VII, Line 1: Cash equivalent account is under $5,000.

Part VII, Line 3: I have calculated the income during the reporting period and the gross value at the end of the reporting period based on my percentage interest in the properties.

Part VII, Line 155: closed per lines 156-162.

Part VII, Line 164, City National Bank Preferred Ladder Money Market was opened 11/11, omitted by accident on prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Ikuta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544